UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOUGLAS M. FARRAGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:06-CV-0958 CEJ |
| ) | |
| RAWLINGS SPORTING GOODS ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the plaintiff's motions to file documents under seal [# 75 and # 78] are **granted.**

**IT IS FURTHER ORDERED** that the defendant's motions to file documents under seal [# 69 and # 80] are **granted.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 17th day of October, 2007.