UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FARRAGO, DOUGLAS M. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:06-CV-958 (CEJ) |
| ) | |
| RAWLINGS SPORTING GOODS ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

**IT IS HEREBY ORDERED** that the plaintiff's motion [#101] for leave to file an overlength response to the defendant's motion for summary judgment is **granted**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 18th day of November, 2007.